UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARK BREAUX,<br>*PLAINTIFF* | CIVIL ACTION NO. 16-2331 |
| V. | JUDGE NANNETTE JOLIVETTE BROWN |
| BOLLINGER SHIPYARDS, LLC, ET AL,<br>*DEFENDANTS* | MAGISTRATE JUDGE JANIS VAN MEERVELD |

**MEMORANDUM ON GOOD CAUSE**

MAY IT PLEASE THE COURT

    This Memorandum is submitted in obedience to the courts Order filed on Tuesday July 10th and entered on Wednesday July 11th. Rec. Doc. 84. In that Order the Court directed the undersigned to explain his failure to meet deadlines outlined in the Pretrial Notice.

    The undersigned apologizes to the Court and to opposing counsel for the missed deadlines. By way of explanation, not excuse, the undersigned would point out to the Court that the undersigned is a sole practitioner, that undersigned's secretary, Erin Dabdoub, unexpectedly resigned due to family issues effective Monday June 25th. Ms. Dabdoub's responsibilities included keeping the calendar and managing workload.

    While a replacement was being sought the undersigned's daughter, her husband and their two young children arrived for the upcoming holiday weekend on Thursday, June 28th. These circumstances explain, but do not excuse the undersigned's failure to meet the Court's deadlines.

    The explanation offered informally at the pre-trial conference yesterday afternoon was graciously accepted by opposing counsel. Since the pre-trial conference yesterday afternoon, the undersigned has been working diligently to remedy the deficiencies. In response to a question

1

posed at the pre-trial conference, the Court indicated that it would entertain Monday, July 16th as the due date for the deficiencies.

The undersigned submits that penalizing undersigned's client would not serve the cause of justice, since Mr. Breaux is entirely innocent of any negligence in the matter.

The undersigned therefore respectfully requests the Court to accept this explanation and allow Plaintiff until Monday July 16, 2018 to comply with the deadlines outlined in the Pretrial Notice.

                                              Respectfully submitted,
                                              LAW OFFICE OF DALE E. WILLIAMS

                                              */s/Dale E. Williams*
                                              Dale E. Williams, Bar #18709
                                              212 Park Place
                                              Covington, Louisiana 70433
                                              Telephone: (985) 898-6368
                                              Facsimile: (985) 892-2640

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing pleading has been served on all counsel of record via the Court's Electronic Case Filing System on July 11, 2018.

                                              */s/Dale E. Williams*