UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MARK BREAUX                                          CIVIL ACTION

VERSUS                                               NO. 16-2331

BOLLINGER SHIPYARDS LLC, et al.                      JUDGE: NJB
                                                     MAGISTRATE: JVM

## ORDER

The Court having been advised that the parties have firmly agreed upon a compromise,[1]

**IT IS HEREBY ORDERED** that this action be and is hereby dismissed without costs and without prejudice to the right, upon good cause shown within sixty days, to reopen the action if settlement is not consummated. The Court retains jurisdiction to enforce the compromise agreed upon by the parties.

**IT IS FURTHER ORDERED** that the parties be directed to file an appropriate order of dismissal as soon as the settlement documents are executed.  If no motion to reopen is filed, the case is officially closed and the Clerk of Court shall be relieved of responsibility of sending out further notices in this matter.

Counsel are reminded that, if witnesses have been subpoenaed, every witness must be notified by counsel not to appear.

**NEW ORLEANS, LOUISIANA**, this 12th day of July, 2018.

NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT JUDGE

---

[1] See attached email, dated July 12, 2018.



**Breax v. Bollinger (2:16-cv-02331): Settlement**

Chad Danenhower   to: efile-brown, eFile-vanMeerveld        07/12/2018 02:00 PM
Cc:  David Korn, "Rebecca Sha (1258)", Dale Williams, Austen Hughes

All:

The parties have reached a settlement in the *Breaux v. Bollinger*  (2:16-cv-02331) matter. We had scheduled a settlement conference with Judge Vanmeerveld for Monday and Trial with Judge Brown on Tuesday, neither of which are now necessary.

Thank you for your assistance.

--
Chad Danenhower
Danenhower Law Firm, LLC
212 Park Place
Covington, Louisiana 70433
W: 985-590-5026
F: 985-605-0525